1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                      * * *

9    CHRISTOPHER O'NEILL,                    Case No. 3:11-cv-00901-MMD-VPC

10                          Petitioner,                    ORDER

11        v.

     RENEE BAKER, et al.,
12
                            Respondents.
13

14            This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

15            On June 19, 2015, this Court granted a stay and administratively closed petitioner

16   Christopher O'Neill's federal habeas corpus action while he litigated his state petition.

17   (ECF No. 62.)

18            O'Neill's further state-court proceedings have concluded, and he has now returned

19   to this Court, through counsel, seeking to reopen this case. (ECF No. 63.) Petitioner has

20   filed supplemental exhibits in support of the motion to reopen the case and in support of

21   his first-amended petition. (ECF No. 64.) Petitioner asks that the supplemental exhibits

22   be linked to his first-amended petition at ECF No. 13. Respondents have not opposed nor

23   responded to the motion in any way. Good cause appearing, this action is reopened, and

24   the Court now sets a further briefing schedule.

25            It is therefore ordered that petitioner's motion to reopen this action (ECF No. 63)

26   is granted.

27            It is further ordered that, as the stay is lifted by this order, the Clerk will reopen the

28   file in this action.

It is further ordered that the supplemental exhibits filed at ECF No. 64 are accepted as supplemental exhibits to the first-amended petition. (ECF No. 13.) The Clerk of Court will link the supplemental exhibits (ECF No. 64) to the amended petition (ECF No. 13) on the CM/ECF docket in this action.

It is further ordered that respondents will have forty-five (45) days following the date of entry of this order within which to answer, or otherwise respond to, the first-amended petition (ECF No. 13).

It is further ordered that petitioner will have forty-five (45) days following service of the response to file and serve petitioner's response.

It is further ordered that the parties must send courtesy copies of all exhibits to the Reno Division of this court. Courtesy copies must be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label. Additionally, in the future, all parties must provide courtesy copies of any additional exhibits submitted to the Court in this case, in the manner described above.

DATED THIS 21st day of December 2016.

MIRANDA DU
UNITED STATES DISTRICT JUDGE