UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHRISTOPHER O'NEILL,

                                    Petitioner,

    v.

RENEE BAKER, *et al.*,

                                    Respondents.

Case No. 3:11-cv-00901-MMD-VPC

ORDER

    This action is Christopher O'Neill's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Before the Court are motions for extension of time by both parties. The Court finds that there is good cause to grant both motions.

    It is therefore ordered that Respondents' motion to extend time to file an answer (ECF No. 75) and Petitioner's motion to extend time to file a reply in support of the petition (ECF No. 77) are both granted *nunc pro tunc*.

    DATED THIS 31st day of July.

_____
MIRANDA DU
UNITED STATES DISTRICT JUDGE